**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No 6:25-mj-000002-HBK |
| Plaintiff, | |
| v. | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| SHAWN C BOARDMAN | |
| Defendant. | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**          36 C.F.R. § 4.23(A)(2)

**Sentence Date:**          March 4, 2025

**Review Hearing Date:**          March 10, 2026

**Probation Expires On:**          March 4, 2027

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $760.00 which Total Amount is made up of a Fine: $ 750.00 Special Assessment: $    10.00 Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $          per month by the          of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** completion of a Florida DMV-compliant First Time DUI course; participation in weekly AA meetings for the first 12 months of probation; and abstaining from alcohol, agreeing to chemical test if requested by law enforcement in addition to other alcohol-related conditions.

### *DEFENSE POSITION:*

☒ To date, Defendant has paid a total of $ 760.00
☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
                                                                Amount:  $

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation:  In addition to completing the fine payment, Mr. Boardman continues participating in AA meetings and maintains compliance with the other alcohol-related conditions as ordered.  He has also enrolled in the Florida DUI course, and will have begun fulfilling the required participation by the date of the first scheduled review hearing.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

**GOVERNMENT POSITION:**

☒　　The Government agrees to the above-described compliance.

☐　　Defendant has complied with and completed <u>all</u> conditions of probation described-above.

☐　　Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

　　　　　If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐　　The Government disagrees with the following area(s) of compliance:

Government Attorney:  Briana Vollmer, Rule 180

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒　　that the review hearing set for 3/10/2026 at 10 am

　　　☒　　allow for a remote appearance in light of Mr. Boardman's temporary relocation to Florida to complete the DUI course beginning this month.  The government does not object.

DATED:  2/25/2026

　　　　　　　　　　　　　　　　　　　　*/s/ Lisa Ndembu Lumeya*
　　　　　　　　　　　　　　　　　　　　DEFENDANT'S COUNSEL

**O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒　　GRANTED.  The Court orders that Defendant may appear by remote means for his Review Hearing scheduled for March 10, 2026 at 10:00 A.M.

☐　　DENIED.

Dated:　　February 25, 2026

　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

CAED (Fresno)- Misd. 6 (Rev. 11/2014)